**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6002**

_____

THOMAS N. TWEH,

Plaintiff - Appellant,

v.

ROBERT GREENE; CAPTAIN PAYNE; SERGEANT JEFFERS; SERGEANT TATE; DOCTOR DADGAR; ANTHONY STURGESS; DOCTOR DAVARIS; P.A. D. STANSBURY; DEPUTY SHERIFF GREEN; DEPUTY SHERIFF SANGCO; CORPORAL MUHAMMAD,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:12-cv-02360-GLR)

_____

Submitted: May 30, 2013                    Decided: June 4, 2013

_____

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas N. Tweh, Appellant Pro Se. Edward Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland; Roger L. Wolfe, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas N. Tweh seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Tweh seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Miller v. Simmons, 814 F.2d 962, 967 (4th Cir. 1987). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED